# Exhibit L



women    men    girls    boys    work    shop by    sale

my cart    0 items    check out »

Tested. Certified. Proven.

Slip-resistant performance

with Iconic Crocs comfort™.

crocs @ work™

Crocs @ Work™ shoes are designed with your job in mind. They give you all of the comfort Crocs are famous for, along with slip-resistant performance and other smart features your job demands.

- Crocs Lock™ slip-resistant tread on most styles
- Lightweight, famous Crocs cushion and comfort for the longest shifts
- Easy to clean



Croslite™ foam delivers Iconic Crocs comfort™ and all-day cushion.



Crocs Lock™ slip-resistant tread.



detail 3

Designed with workplace requirements in mind, like closed heels and toes.

« back | work                    12 items



filter by: gender size color fit style

sort by: sort by featured

Specialist
(737)

$29.99

Bistro
(402)

$44.99

Mercy Work
(592)

$44.99

Neria Work
(200)

$44.99

Alice Work
(294)

$39.99

Ginger
(124)

sale $47.99 ~~$69.99~~

Women’s Kadee Work Flat
(16)

$39.99

Bistro Mario Batali Edition
(218)

$44.99

new

Bistro Peppers Clog
(3)

$49.99
*product excluded from all discounts**

Bistro Pro Clog
(77)

$59.99

new

Bistro Gingham Clog

$49.99
*product excluded from all discounts**

Women’s Neria Work Leopard Clog
(57)

$44.99

12 items

Comfortable Work Shoes & Clogs

Work shoes from Crocs™ are designed with comfort, style, and functionality in mind. Built for your job with the comfort of our patented Croslite™ material, Crocs comfortable work shoes help support your feet for those long hour shifts. Most Crocs work shoes & work clogs come with our proprietary Crocs Lock™ technology that increases slip resistance for those slippery surfaces in the restaurant or hospital. With just a little soap and water, you can clean your work shoes. They are also odor resistant for those messy situations. Whether you're a bartender, waiter, chef, or host, these shoes are comfortable and stylish enough to weather the toughest of shifts. Not in the food service industry? Use Crocs™ as comfortable nursing shoes, doctor shoes, and more. Don't miss what plenty of other service professionals are taking advantage of in their work shoes from Crocs!

## risk free shopping

### simple returns »
change your mind? no problem. our return process makes it easy.

### crocs guarantee »
Crocs™ products are covered by a 90-day warranty.

### your information is secure »
SSL encryption means a 100% secured transaction.





### shop crocs
- new arrivals
- women
- men
- girls
- boys
- outlet
- gift cards
- try our shoe finder

### fit & size
- fit & size guides
- kids DIY fit guide

### orders
- order status
- shipping rates & policies

### my account
- sign in
- write a review
- email subscriptions
- crocs club

### customer service
- return an item
- return policy
- FAQs

### contact customer service
M-F 7:00am - 6:00pm MST
S-S 8:00am - 4:30pm MST

email
chat offline

### sign up to receive email promotions
enter your email address

### stay connected

### about crocs™
- company site
- careers
- sustainability report
- code of conduct
- affiliate program
- find a store

NOW ACCEPTING PayPal

© 2016 Crocs Retail, LLC • Privacy Policy • Terms of Use • Your Ad Choices • Site Map