# Exhibit M



company    press    responsibility    investors    careers    let's socialize    shop crocs.com

# News Release

 View printer-friendly version

<< Back

## Crocs @ Work™ Awarded American Masters of Taste Gold Medal Seal

*The Gold Medal Seal for "Superior Comfort Work Shoe" is Given by Chefs In America*

NIWOT, Colo.--(BUSINESS WIRE)--Apr. 11, 2013--Crocs, Inc. (NASDAQ: CROX) was selected as an American *Masters of Taste "Superior Quality" Gold Medal Seal* winner by *Chefs In America* for the Crocs @ Work™ line. The collection was a winner in the "Comfort Work Shoe" category for the following Crocs @ Work™ products: Bistro, Bistro Vent, Mario Batali Bistro, Mario Batali Bistro Vent, Mercy Work and Neria Work. The shoes were judged superior, and the judging was conducted "triple blind" in Northern California by a panel of *Chef Masters of Taste*.

"We commend the manufacturing expertise of Crocs, Inc. for producing a line of work shoes that offer comfort to chefs and others throughout the hospitality industry," commented members of the *Masters of Taste* judging panel.

The judging was part of the on-going U.S.A. Taste Championships founded in 1986 with the establishment of *Chefs in America*, whose professional board members gather weekly to conduct taste tests on a myriad of foodservice and retail products. The protocols of "triple blind" judging ensure accurate and fair judging results by requiring that the evaluators do not know who the manufacturer is, what the product variety or appellation is and what the other evaluators' scores and comments are.

The Crocs @ Work™ collection is built with the patented Croslite™ material to provide all-day, on-the-job comfort. In addition, several styles come with Crocs Lock™ technology that increases slip-resistance. These work shoes are also odor-resistant and easy to clean with soap and water for even the messiest of jobs.

"Crocs @ Work™ was created with comfort, style and functionality in mind to help provide today's service professionals with the features they need for on-the-job success," said Dale Bathum, Crocs' chief product officer. "Whether you're a chef, flight attendant, nurse, or hostess, Crocs @ Work™ products are comfortable and stylish enough to weather the toughest of shifts."

For additional information about the Crocs @ Work™ line and the over 300 styles of shoes that Crocs offers, please visit

[www.crocs.com](www.crocs.com).

**About Crocs, Inc.**

Crocs, Inc. is a world leader in innovative casual footwear for men, women and children. Crocs offers several distinct shoe collections with more than 300 four-season footwear styles. All Crocs™ shoes feature Croslite™ material, a proprietary, revolutionary technology that gives each pair of shoes the soft, comfortable, lightweight, non-marking and odor-resistant qualities that Crocs fans know and love. Crocs fans "Get Crocs Comfort Inside" every pair of shoes, from the iconic clog to new sneakers, sandals, boots and heels. Since its inception in 2002, Crocs has sold more than 200 million pairs of shoes in more than 90 countries around the world. The brand celebrated reaching $1 billion in annual sales in 2011.

Get social with Crocs – [www.crocs.com](www.crocs.com), [www.facebook.com/crocs](www.facebook.com/crocs), [www.twitter.com/crocs](www.twitter.com/crocs), [www.pinterest.com/crocs](www.pinterest.com/crocs)

**About Chefs In America**

"American Masters of Taste" and "Chefs In America" are registered trademarks in the United States. Other names and brands contained in this press release may be the property of other companies with their own rights and restrictions.

Source: Crocs, Inc.

Crocs, Inc.
Patrick Rich, 303-848-7408
[prich@crocs.com](prich@crocs.com)

Print Page | E-mail Page | RSS Feeds | E-mail Alerts | IR Contacts | Financial Tear Sheet