# Exhibit N

start your summer... 25% off sitewide* | starts now, ends monday enter code SUMMER in cart. | shop now »

crocs™
free economy shipping
on all orders over $24.99*
*see details

sign in | crocs club | order status | stores | help

Find your Fun  search

women | men | girls | boys | work | shop by | sale | my cart  0 items | check out »

# non-slip restaurant shoes

crocs restaurant work shoes. restaurant shoes from crocs are just what you need to rejuvenate your feet & keep you comfortable throughout your whole shift!

« back | work > food & beverage                                      12 items

**women**
**men**
**healthcare**
**airlines**
**food & beverage**
**hospitality**

filter by: gender ▾  size ▾  color ▾  fit ▾  style ▾         sort by: sort by featured

### Bistro Pro Clog
★★★★☆ (76)
$59.99
take 25% off with code SUMMER*

### Bistro
★★★★☆ (400)
$44.99
take 25% off with code SUMMER*

### Rx Relief
★★★★☆ (581)
sale $29.99 $39.99
take 25% off with code SUMMER*

**new**

### Bistro Peppers Clog
★★★★☆
$49.99
product excluded from all discounts*

### Mercy Work
$44.99
take 25% off with code SUMMER*

### Alice Work
★★★★☆
$39.99
take 25% off with code SUMMER*

### Bistro Mario Batali Edition
★★★★☆ (217)
$44.99
take 25% off with code SUMMER*

### Women's Kadee Work Flat
★★★★☆ (16)
$39.99
take 25% off with code SUMMER*

### Ginger
★★★★★ (124)
sale $47.99 $69.99
take 25% off with code SUMMER*

### Crocs™ Work Bistro Vent Clog
★★★★☆ (149)
sale $34.99 $44.99
take 25% off with code SUMMER*

**new**

### Bistro Gingham Clog
$49.99
product excluded from all discounts*

### Mercy Work Leopard Graphic Clog
★★★☆☆ (17)
$44.99
take 25% off with code SUMMER*

12 items

## Shoes for Restaurant Workers

When you work in a restaurant your feet take all the heat. The long hours and consistent standing can tire your feet out quickly. Crocs™ restaurant shoes are just what you need to rejuvenate your feet and keep you comfortable while at work! Complete with our proprietary Croslite™ material foot bed, these lightweight shoes keep up with you whether you're running around the restaurant or standing for long periods of time. Waiters, bartenders, and hosts alike all love our shoes for restaurant workers because they're comfortable and stylish too! You can enjoy the comfort of Crocs without having to sacrifice your look, even when at work. Don't forget, Clean-up is a breeze with these shoes - perfect for those frequent messes in the kitchen or dining room. Whether you're looking for a brand new pair of shoes to look sharp on your first day or you're a veteran restaurant staffer, we know your feet will appreciate a pair of the best restaurant shoes!

---

### risk free shopping

**simple returns »**
change your mind? no problem.
our return process makes it easy.

**crocs guarantee »**
Crocs™ products are covered by a
90-day warranty.

**your information is secure »**
100% secured transaction using
SSL encrypted connection.

Norton SECURED powered by Symantec

**shop crocs**
new arrivals
women
men
girls
boys
outlet
gift cards
try our shoe finder

**fit & size**
fit & size guides
kids DIY fit guide

**orders**
order status
shipping rates & policies

**my account**
sign in
write a review
email subscriptions
crocs club

**customer service**
return an item
return policy
FAQs

**contact customer service**
M-F 7:00am -6:00pm MST
S-S 8:00am - 4:30pm MST

email     chat

**sign up to receive email promotions**
enter your email address   submit

**stay connected**

**about crocs™**
company site
careers
sustainability report
code of conduct
affiliate program
find a store

NOW ACCEPTING PayPal

© 2016 Crocs Retail, LLC • Privacy Policy • Terms of Use • Your Ad Choices • Site Map