# Exhibit O

# crocs™



- company
- press
- responsibility
- investors
- let's socialize
- careers
- shop crocs.com

## About Crocs



Crocs, Inc. is a world leader in innovative casual footwear for men, women and children. Crocs offers a broad portfolio of all-season products, while remaining true to its core molded footwear heritage. All Crocs™ shoes feature Croslite™ material, a proprietary, revolutionary technology that gives each pair of shoes the soft, comfortable, lightweight, non-marking and odor-resistant qualities that Crocs fans know and love. Crocs celebrates the fun of being a little different and encourages fans to "Find Your Fun" in every colorful pair of shoes. Since its inception in 2002, Crocs has sold more than 300 million pairs of shoes in more than 90 countries around the world.

| home | terms of use | privacy policy | we're global | media contacts |

© 2013 Crocs, Inc. All Rights Reserved.